Filing # 109626736 E-Filed 06/30/2020 04:46:10 PM

**FORM 1.997. CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting <u>data</u> pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

**I.  CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.: _____
Judge: _____

<u>Loida Esther Garcia</u>
Plaintiff
  vs.
<u>Costco Wholesale Corporation</u>
Defendant

**II.  AMOUNT OF CLAIM**
Please indicate the estimated amount of the claim rounded to the nearest dollar $<u>30,001</u>

**III.  TYPE OF CASE**   (If the case fits more than one type of case, select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☒ Negligence – other
  - ☐ Business governance
  - ☐ Business torts
  - ☐ Environmental/Toxic tort
  - ☐ Third party indemnification
  - ☐ Construction defect
  - ☐ Mass tort
  - ☐ Negligent security
  - ☐ Nursing home negligence
  - ☒ Premises liability – commercial
  - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
  - ☐ Commercial foreclosure
  - ☐ Homestead residential foreclosure
  - ☐ Non-homestead residential foreclosure
  - ☐ Other real property actions
- ☐ Professional malpractice
  - ☐ Malpractice – business
  - ☐ Malpractice – medical
- ☐ Malpractice – other professional
- ☐ Other
  - ☐ Antitrust/Trade Regulation
  - ☐ Business Transaction
  - ☐ Circuit Civil - Not Applicable
  - ☐ Constitutional challenge-statute or ordinance
  - ☐ Constitutional challenge-proposed amendment
  - ☐ Corporate Trusts
  - ☐ Discrimination-employment or other
  - ☐ Insurance claims
  - ☐ Intellectual property
  - ☐ Libel/Slander
  - ☐ Shareholder derivative action
  - ☐ Securities litigation
  - ☐ Trade secrets
  - ☐ Trust litigation
- ☐ County Civil
  - ☐ Small Claims up to $8,000
  - ☐ Civil
  - ☐ Replevins
  - ☐ Evictions
  - ☐ Other civil (non-monetary)



EXHIBIT A

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

IV. **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Non-monetary declaratory or injunctive relief;
☐ Punitive

V. **NUMBER OF CAUSES OF ACTION:**
(Specify)

1

VI. **IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ Yes
☒ No

VII. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ No
☐ Yes – If "yes" list all related cases by name, case number and court:

VIII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ Yes
☐ No

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: s/ Fernando J. Pomares
Attorney or party
FL Bar No.: 88341
(Bar number, if attorney)
Fernando J. Pomares
(Type or print name)
Date: 06/30/2020

Filing # 109626736 E-Filed 06/30/2020 04:46:10 PM

|  |  |
|---|---|
| | IN THE CIRCUIT COURT OF THE <br> 11th JUDICIAL CIRCUIT IN AND <br> FOR MIAMI DADE COUNTY, FLORIDA |
| LOIDA ESTHER GARCIA, | GENERAL JURISDICTION DIVISION <br> CASE NO: 2020-013797-CA-01 |
| Plaintiff (s), | |
| | FLORIDA BAR NO: 088341 |
| vs. | |
| COSTCO WHOLESALE CORPORATION, | |
| Defendant (s), | |
| _____/ | |

## COMPLAINT

**COMES NOW**, the Plaintiff, by and through her undersigned counsel and sues the Defendants and alleges:

1. This is an action for damages in excess of Thirty Thousand Dollars ($30,000), exclusive of interest, costs and attorney's fees.

2. On or about February 20, 2019, **COSTCO WHOLESALE CORPORATION**, was the owner and in possession of a building located at 7795 W Flagler Street, Miami, Florida.

3. At that time and place, Plaintiff went into the store as a customer and as such Defendant owed to Plaintiff a duty of reasonable care for the safety of Plaintiff.

4. Defendant breached said duty by having an employee negligently push a stock cart full of merchandise where customers routinely walk. As Plaintiff was walking through the store, she was struck by the stock cart full of boxed merchandise pushed by its employee. The boxes fell from the cart and landed on the Plaintiff within Defendant's property.

5. The employee who struck the Plaintiff was acting within the scope and course of his/her employment with Defendant.

6. As a result, Plaintiff suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, loss of earnings, loss of ability to earn money and aggravation of a previously existing condition. The losses are either permanent or continuing and Plaintiff will suffer the losses in the future.

WHEREFORE Plaintiff demands judgment for damages against Defendant, **COSTCO WHOLESALE CORPORATION**, plus court costs and further demands trial by jury in this cause.

Dated this 30th day of June, 2020.

| | |
|---|---|
| **FERNANDO POMARES, ESQ.** | **MICHAEL WEISBERG, ESQ.** |
| Attorney for Plaintiff | Co-counsel for Plaintiff |
| 12002 SW 128 Court, Suite 104 | 1300 Coral Way, Suite 300 |
| Miami, Florida, 33186 | Miami, Florida, 33145 |
| Tel. No. (305) 256-2265 | Tel. No (305)854-0996 |
| Fax No. (305)256-2275 | Fax No. (305) 403-0440 |
| E-Mail: fpomares@pomareslaw.com | E-mail: weisbergandweisberglaw@gmail.com |

Filing # 111411720 E-Filed 08/06/2020 04:05:06 PM

IN THE CIRCUIT COURT OF THE
11th JUDICIAL CIRCUIT IN AND
FOR MIAMI DADE COUNTY, FLORIDA

LOIDA ESTHER GARCIA,

GENERAL JURISDICTION DIVISION
CASE NO: 2020-013797-CA-01

Plaintiff (s),

vs.

FLORIDA BAR NO: 088341

COSTCO WHOLESALE CORPORATION,

Defendant (s),

_____/

**AMENDED SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

YOU ARE COMMANDED to serve this summons and a copy of the complaint in this action on **Defendant, COSTCO WHOLESALE CORPORATION**

**BY SERVING:** **CT CORPORATION SYSTEM**
**as Registered Agent**
**1200 South Pine Island Road**
**Plantation, Fl. 33324**

Each Defendant is required to serve written defenses to the complaint or petition on **Fernando Pomares, Plaintiff's attorney, whose address is 12002 SW 128 Court, Suite 104, Miami, Florida 33186 and Michael Weisberg, 1300 Coral Way, Suite 300, Miami, Fl. 33145**, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

DATED on ____8/13/2020____, 2020.

HARVEY RUVIN
As Clerk of the Court

BY: _____
As Deputy Clerk

 **CT Corporation**

**Service of Process Transmittal**
08/18/2020
CT Log Number 538110366

**TO:** Laura Aznavoorian, Litigation Supervisor
Gallagher Bassett Services, Inc.
1901 S. Meyers Rd, Suite 200C
Oakbrook Terrace, IL 60181

**RE:** **Process Served in Florida**

**FOR:** Costco Wholesale Corporation  (Domestic State: WA)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | LOIDA ESTHER GARCIA, Pltf. vs. COSTCO WHOLESALE CORPORATION, Dft. |
| **DOCUMENT(S) SERVED:** | - |
| **COURT/AGENCY:** | None Specified<br>Case # 2020013797CA01 |
| **NATURE OF ACTION:** | Personal Injury |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Plantation, FL |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 08/18/2020 at 11:13 |
| **JURISDICTION SERVED:** | Florida |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | None Specified |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 08/18/2020, Expected Purge Date: 09/02/2020 |
| | Image SOP |
| | Email Notification, Laura Aznavoorian  laura_aznavoorian@gbtpa.com |
| | Email Notification, Zois Johnston  zjohnston@costco.com |
| | Email Notification, Maureen Papier  maureen_papier@gbtpa.com |
| **SIGNED:**<br>**ADDRESS:** | C T Corporation System<br>1999 Bryan Street<br>Suite 900<br>Dallas, TX 75201 |
| **For Questions:** | 866-665-5799<br>SouthTeam2@wolterskluwer.com |

Page 1 of 1 / AA

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.